**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

**Gerald Bullocks ,**
    **Plaintiff,**

-vs-                                    Case No. 1:18-CV-434

**Ron Erdos et al,**
    **Defendant.**

## JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| | **Jury Verdict.** | This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| **X** | **Decision by Court.** | This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

**IT IS ORDERED AND ADJUDGED**

That the Report and recommendation is hereby adopted and the plaintiff's complaint is DISMISSED with prejudice. This case is hereby terminated from the docket from this court.

Date:  August 17, 2018                              Richard W. Nagel, CLERK

                                                                         By:<u>s/Benjamin J. Codispoti</u>
                                                                         Benjamin J. Codispoti,  Deputy Clerk